

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 26, 2022

**By ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Min Chen, et al.,* No. S1 22 Cr. 125 (AT)

Dear Judge Torres:

The Government respectfully requests, on behalf of all counsel, to adjourn the conference currently scheduled for November 8, 2022 to the week of December 12, 2022 in order to allow the parties additional time to discuss potential pre-trial dispositions and for defense counsel to consider potential pretrial motions. Additionally, the Government respectfully requests to exclude time under the Speedy Trial Act, with the consent of all counsel, until the date of the next conference for the reasons stated above.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Cecilia E. Vogel
Thomas Wright
Assistant United States Attorneys
(212) 637-1084

cc:  All counsel of record (via ECF)