USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/8/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

XIANGGAN HE,

                Defendant.

22 Cr. 125 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing for Defendant, Xianggan He, scheduled for October 17, 2023, and other related deadlines, ECF No. 78, are ADJOURNED *sine die*.

    SO ORDERED.

Dated: August 8, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge