USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

XIANGGAN HE

22 Cr. 125 (AT)

**ORDER AND JUDGMENT**
**OF FORFEITURE OF BOND**

This cause having come on to be heard on the motion of Damian Williams, United States Attorney for the Southern District of New York, by Cecilia Vogel, Assistant United States Attorney,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the bail bond securing the release of defendant XIANGGAN HE be forfeited and that the United States of America have and recover judgment against defendant XIANGGAN HE, in the sum of $100,000.00 and that the United States have execution therefore. The Clerk of Court is directed to enter judgment consistent with this order.

Dated: August 8, 2023
       New York, New York

_____
Honorable Analisa Torres
United States District Judge

JUDGMENT ENTERED:

_____
Clerk of Court
Southern District of New York